UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN ROE,
               Plaintiff,

v.

CHAPPAQUA CENTRAL SCHOOL
DISTRICT; BOARD OF EDUCATION OF
THE CHAPPAQUA CENTRAL SCHOOL
DISTRICT; LYN MCKAY; ANDREW
SELESNICK; ROBERT RHODES; and
CHRISTOPHER SCHRAUFNAGEL,
               Defendants.
------------------------------------------------------------x

**ORDER**

16 CV 7099 (VB)

      By joint letter-motion dated November 19, 2019, the parties requested this action be referred to a magistrate judge for settlement. (Doc. #179). The letter stated that if the case did not settle, (i) plaintiff would withdraw his federal claims with prejudice, (ii) defendants would refrain from seeking summary judgment on plaintiff's negligence claims, and (iii) the parties would proceed to trial.

      The Court granted in part and denied in part the letter-motion. (Doc. #180). Specifically, the Court granted the parties' request for a settlement conference, but denied without prejudice to refiling the parties' application that the Court retain jurisdiction over the state-law claims in the event the case did not settle and the federal claims are withdrawn. (Id.).

      Magistrate Judge Davison held a settlement conference on February 19, 2020, but the case did not settle.

      Accordingly, it is HEREBY ORDERED:

      By February 27, 2020, the parties shall file a joint letter informing the Court how they wish to proceed.

Dated: February 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge