UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN ROE,
               Plaintiff,

v.

CHAPPAQUA CENTRAL SCHOOL
DISTRICT; BOARD OF EDUCATION OF
THE CHAPPAQUA CENTRAL SCHOOL
DISTRICT; LYN MCKAY; ANDREW
SELESNICK; ROBERT RHODES; and
CHRISTOPHER SCHRAUFNAGEL,
               Defendants.
-----------------------------------------------------------x

**ORDER**

16 CV 7099 (VB)

     By Order dated February 27, 2020, the Court instructed the parties to provide by March 31, 2020, a further joint update regarding settlement. (Doc. #190).

     By Order dated March 2, 2020, Magistrate Judge Davison scheduled a second settlement conference for April 9, 2020. (Doc. #192).

     Accordingly, by April 10, 2020, rather than March 31, 2020, the parties shall provide a further joint update regarding settlement.

Dated: March 3, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge