UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN ROE,
                Plaintiff,

v.

CHAPPAQUA CENTRAL SCHOOL
DISTRICT; BOARD OF EDUCATION OF
THE CHAPPAQUA CENTRAL SCHOOL
DISTRICT; LYN MCKAY; ANDREW
SELESNICK; ROBERT RHODES; and
CHRISTOPHER SCHRAUFNAGEL,
                Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

16 CV 7099 (VB)

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 15, 2020. To be clear, any application to restore the action must be filed by June 15, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: April 30, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge